**Electronically Filed
Supreme Court
SCWC-19-0000057
19-NOV-2024
08:39 AM
Dkt. 25 ODAC**

SCWC-19-0000057

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CAROL A. ADELKOFF,
Petitioner/Appellant-Appellant,

vs.

BOARD OF APPEALS OF THE COUNTY OF HAWAIʻI; CATHY LEWIS, in her capacity as CHAIRPERSON OF THE BOARD OF APPEALS OF THE COUNTY OF HAWAIʻI; ZENDO KERN, in his capacity as the PLANNING DIRECTOR OF THE PLANNING DEPARTMENT OF THE COUNTY OF HAWAIʻI; DOUGLAS W. DICK as Trustee of the REVOCABLE TRUST OF DOUGLAS W. DICK; RUTH S. DICK as Trustee of the REVOCABLE TRUST OF RUTH S. DICK,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000057; CASE NO. 3CC181000078)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Appellant-Appellant Carol A. Adelkoff's application for writ of certiorari filed on September 23, 2024, is rejected.

DATED:  Honolulu, Hawaiʻi, November 19, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

